# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT WALTON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

CASE NO. 07-10645
CRIMINAL NO. 04-90015
HON. MARIANNE O. BATTANI

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc. No. 48), filed on August 31, 2007, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Petitioner's Petition for Write of Habeas Corpus is **DENIED.**

**IT IS SO ORDERED.**

                                s/Marianne O. Battani
                                MARIANNE O. BATTANI
                                UNITED STATES DISTRICT JUDGE

DATED: September 27, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

                                s/Bernadette M. Thebolt
                                DEPUTY CLERK